11TH COURT OF APPEALS

EASTLAND, TEXAS

JUDGMENT

Felix Valenzuela,                              * From the 244th District
                                                 Court of Ector County,
                                                 Trial Court No. C-38,736.

Vs. No. 11-12-00060-CR                          * June 20, 2013

The State of Texas,                             * Memorandum Opinion by Wright, C.J..
                                                   (Panel consists of: Wright, C.J.,
                                                   McCall, J., and Willson, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to reflect that Appellant pleaded "TRUE" to the first and second enhancement paragraphs, that the jury found the first and second enhancement paragraphs to be "TRUE," and that the degree of the offense committed by Appellant was a "3RD DEGREE FELONY." As modified, we affirm.